1    NICOLA T. HANNA
     United States Attorney
2    DAVID M. HARRIS
     Assistant United States Attorney
3    Chief, Civil Division
     JOANNE S. OSINOFF
4    Assistant United States Attorney
     Chief, General Civil Section
5    DANIEL O. BLAU (Cal. Bar No. 305008)
     Assistant United States Attorney
6          Federal Building, Suite 7516
           300 North Los Angeles Street
7          Los Angeles, California 90012
           Telephone: (213) 894-0165
8          Facsimile: (213) 894-7819
           E-mail: Daniel.Blau@usdoj.gov
9
     Attorneys for Federal Defendant
10

11                    UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                          EASTERN DIVISION

| | |
|---|---|
| 14  Innovative Nutraceuticals, LLC, | No. 5:18-cv-01400-JGB-SHK |
| 15              Plaintiff, | FEDERAL DEFENDANT'S EX PARTE APPLICATION FOR A STAY OF THE |
| 16              v. | ENTIRE CASE DUE TO THE LAPSE OF APPROPRIATIONS; DECLARATION OF |
| 17  United States of America, | DANIEL O. BLAU |
| 18              Defendant. | [Local Rule 7-19] |
| 19 | Honorable Jesus G. Bernal |
| 20 | |

21

22

23

24

25

26

27

28

1  Undersigned counsel, on behalf of Federal Defendant, apply *ex parte* for an order

2  staying the entire case due to the lapse of appropriations.

3  1.  At the end of the day on December 21, 2018, the appropriations act that had

4  been funding the Department of Justice ("Department"), of which the U.S. Attorney's

5  Office is a component, expired; the expiration resulted in a lapse of appropriations to the

6  Department.  The Department does not know when funding will be restored by

7  Congress.

8  2.  Absent an appropriation, Department attorneys are prohibited from

9  working, even on a voluntary basis, except in limited circumstances, such as

10  "emergencies involving the safety of human life or the protection of property."  31

11  U.S.C. § 1342.

12  3.  Undersigned counsel for the Department of Justice therefore requests a stay

13  of the entire case until Congress has restored appropriations to the Department.

14  4.  Pursuant to Local Rule 7-19.1, notice of this *Ex Parte* Application was

15  given to plaintiff's counsel (Eric Honig, Michael Chernis, and Paul Gabbert) by email on

16  December 26, 2018.  On December 26, 2018, Mr. Gabbert responded by email, stating

17  that Plaintiff's counsel does not oppose the Federal Defendant's *Ex Parte* Application,

18  subject to certain understandings.  See Exhibit 1 to Declaration of Daniel Blau.

19  Therefore, although the United States greatly regrets any disruption caused to the

20  Court and the other litigants, the Federal Defendant hereby moves for a stay of the entire

21  case due to the lapse in appropriations until Department attorneys are permitted to

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1 | resume their usual civil litigation functions.

2 | Dated: December 27, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


    /s/
DANIEL O. BLAU
Assistant United States Attorney

Attorneys for Federal Defendant

2

1

## **DECLARATION OF DANIEL O. BLAU**

2        I, Daniel O. Blau, do hereby declare and state as follows:

3        1.        I am an Assistant United States Attorney in the Central District of

4    California.  I make the following factual statements based on my personal knowledge.  If

5    called as a witness, I could and would competently testify thereto.

6        2.        On December 26, 2018, I notified plaintiff's counsel of this ex parte

7    application by email.

8        3.        On December 26, 2018, plaintiff's counsel Paul Gabbert responded and

9    stated that Plaintiff's counsel did not oppose this ex parte application subject to certain

10    understandings.

11        4.        A true and correct copy of this email correspondence is attached hereto as

12    Exhibit 1.

13        I declare under penalty of perjury that the foregoing is true and correct.

14        Executed this 26th day of December, 2018, at Los Angeles, California.

15

16                                         /s/
                                              Daniel O. Blau
17

18

19

20

21

22

23

24

25

26

27

28

3