1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9         FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                   EASTERN DIVISION

| | |
|---|---|
| Innovative Nutraceuticals, LLC, | No. 5:18-cv-01400-JGB-SHK |
| Plaintiff, | ORDER STAYING THE ENTIRE CASE DUE TO THE LAPSE OF APPROPRIATIONS |
| v. | |
| United States of America, | |
| Defendant. | |

1  The Court, having considered the parties' *Ex Parte* Application for a Stay The
2  Entire Case Due To The Lapse Of Appropriations, and good cause appearing therefor,
3  hereby ORDERS that due to the lapse in appropriations to the Department of Justice
4  ("Department"), the entire case is stayed until Department attorneys are permitted to
5  resume their usual civil litigation functions.

7  Dated: December 28, 2018

    _____
    HONORABLE JESUS G. BERNAL
    UNITED STATES DISTRICT JUDGE

13 Presented by:

14 NICOLA T. HANNA
   United States Attorney
15 DAVID M. HARRIS
   Assistant United States Attorney
   Chief, Civil Division
16 JOANNE S. OSINOFF
   Assistant United States Attorney
17 Chief, General Civil Section

20   /s/
   DANIEL O. BLAU
21 Assistant United States Attorney

22 Attorneys for Federal Defendant

2