UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| INNOVATIVE NUTRACEUTICALS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 5:18−cv−01400−JGB−SHK<br><br>**ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1  Having received the parties' SECOND STIPULATION TO EXTEND TIME TO
2  RESPOND TO FIRST AMENDED COMPLAINT, and for good cause shown,
3  IT IS HEREBY ORDERED THAT:
4  1. Defendant's time to respond to the First Amended Complaint shall be
5  extended to July 16, 2019.

Dated: May 16, 2019

HONORABLE JUDGE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/
DANIEL O. BLAU
Assistant United States Attorney

Attorneys for Defendant