Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG, APLC
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone:  (310) 699-8051
Fax:  (310) 943-2220

PAUL L. GABBERT (CSBN 74430)
1717 Fourth Street, Third Floor
Santa Monica, CA 90401
plgabbert@aol.com
Telephone: (424) 272-9575

Michael S. Chernis, Esq.  (CSBN 259319)
CHERNIS LAW GROUP P.C.
Santa Monica Water Garden
2425 Olympic Blvd., Suite 4000-W
Santa Monica, CA 90404
Michael@chernislaw.com
Tel:  (310) 566-4388
Fax: (310) 382-2541

Attorneys for Plaintiff Innovative
Nutraceuticals, LLC and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| INNOVATIVE NUTRACEUTICALS, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the Department of Homeland Security and former Commissioner of U.S. Customs and Border Protection and in his individual capacity; Former DHS Secretary JOHN F. KELLY, in his official and individual capacity; Former DHS Secretary ELAINE DUKE, in her official and individual capacity: Former DHS | No.  CV 5:18-01400-JGB-SHK<br><br>AMENDED NOTICE OF INTERESTED PARTIES |

| | |
|---|---|
| Secretary KIRSTJEN NIELSEN, in her official and individual capacity; ROBERT P. THIERRY, in his official and individual capacity as Director of Fines, Penalties and Forfeitures for Customs in the Los Angeles, California, area and his individual capacity, and UNKNOWN NAMED EMPLOYEES OF THE DEPARTMENT OF HOMELAND SECURITY AND U.S. CUSTOMS AND BORDER PROTECTION, in their official and individual capacities,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

The undersigned, counsel of record for Plaintiff INNOVATIVE NUTRACEUTICALS, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

INNOVATIVE NUTRACEUTICALS, LLC (Plaintiff)

UNITED STATES OF AMERICA (Defendant)

KEVIN K. MCALEENAN, Acting Secretary of the Department of Homeland Security
    and former Commissioner of U.S. Customs and Border Protection (Defendant)

Former DHS Secretary JOHN F. KELLY (Defendant)

Former DHS Secretary ELAINE DUKE (Defendant)

Former DHS Secretary KIRSTJEN NIELSEN (Defendant)

ROBERT P. THIERRY. Director of Fines, Penalties and Forfeitures for Customs in the
    Los Angeles, California (Defendant)

///

///

///

///

///

|   |   |   |
|---|---|---|
| 1 | UNKNOWN NAMED EMPLOYEES OF THE DEPARTMENT OF HOMELAND | |
| 2 | SECURITY AND U.S. CUSTOMS AND BORDER PROTECTION (Defendants) | |
| 3 | | |
| 4 | Dated: July 15, 2019 | Respectfully submitted, |
| 5 | | LAW OFFICE OF ERIC HONIG |
| 6 | | A Professional Law Corporation |
| 7 | | PAUL L. GABBERT |
| 8 | | |
| 9 | | CHERNIS LAW GROUP P.C. |
| 10 | | |
| 11 | | /s/ Eric Honig |
| 12 | | ERIC HONIG<br>Attorneys for Plaintiff and the Class |