UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| INNOVATIVE NUTRACEUTICALS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendant. | No. 5:18−cv−01400−JGB−SHK<br><br>**ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

1

1    Having received the parties' STIPULATION TO EXTEND UNITED STATES
2    OF AMERICA'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT, and
3    for good cause shown,
4        IT IS HEREBY ORDERED THAT:
5            a.   Defendant United States of America's response to the SAC shall be
6    due on or before September 27, 2019.
7            b.   If Defendant United States of America responds to the SAC with a
8    motion, Plaintiff's opposition shall be due on or before October 21, 2019.
9            c.   Defendant United States of America's reply in support of a motion
10   filed in response to the SAC shall be due on or before November 4, 2019.
11           d.   The hearing on a motion filed by Defendant United States of America
12   in response to the SAC shall be held on Monday, November 18, 2019, at 9:00 a.m.
13
14   Dated: August 20, 2019
15
16                                                  _____
                                                    HONORABLE JESUS G. BERNAL
17                                                  UNITED STATES DISTRICT JUDGE
18
19
20   Presented by:
21   NICOLA T. HANNA
     United States Attorney
     DAVID M. HARRIS
22   Assistant United States Attorney
     Chief, Civil Division
23   JOANNE S. OSINOFF
     Assistant United States Attorney
24   Chief, General Civil Section
25      /s/
     _____
     DANIEL O. BLAU
26   Assistant United States Attorney
27   Attorneys for Defendant United States of
     America
28

2