# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-1400-JGB (SHKx) | Date | March 4, 2020 |
|---|---|---|---|
| Title | *Innovative Nutraceuticals, LLC v. United States of America, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, United States Magistrate Judge |
|---|---|

| Isabel Martinez | Court Smart 03/04/20 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Michael S. Chernis <br> Eric Honig | Remy J. Krumpak <br> Richard M. Park <br> Jasmin Yang |

**Proceedings:**          **Settlement Conference**

The case is called and appearances are made.  The parties agreed on a settlement of all issues in the case.

The Court sets a telephonic status conference with counsel regarding the settlement for April 23, 2020 at 1:30 p.m.

|  | 3 | : | 00 |
|---|---|---|---|
| Initials of Preparer | im | | |

S:\PJW\Settlement Conferences\18-1400 Innovative Nutraceuticals MO_settlement conf.wpd